# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DOMONIQUE LEE JENSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. CIV-13-1009-HE |
| | ) | |
| CAROLYN W. COLVIN, acting | ) | |
| Commissioner, Social Security | ) | |
| Administration | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Plaintiff Domonique Lee Jensen filed this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the Commissioner's final decision denying her application for disability insurance benefits under the Social Security Act. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Gary M. Purcell, who recommends that the decision be affirmed. Objections to the magistrate judge's Report and Recommendation were due by August 14, 2014.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed. United States v. 2121 E. 30th St., 73 F.3d 1057, 1059 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the court **ADOPTS** Magistrate Judge Purcell's Report and Recommendation [Doc. #16], and the decision of the Commissioner of the Social Security

Administration is **AFFIRMED**

    **IT IS SO ORDERED**.

Dated this 25th day of August, 2014.

JOE HEATON
UNITED STATES DISTRICT JUDGE